DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
United States Attorney's Office
333 Las Vegas Boulevard South, Suite5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: roger.wenthe@usdoj.gov

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                               )<br>           Plaintiff,         )<br>                               )<br>    vs.                        )<br>                               )<br>RAZVAN MARCU,                  )<br>                               )<br>           Defendant.          ) | No. 2:14-cv-159-RFB-CWH |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEYS**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorneys Danielle K. Schuessler and Kirsten L. Daeubler to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of their employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

Ms. Schuessler is an attorney with the Department of Justice, Office of Immigration Litigation, an agency of the federal government, and is a member in good standing of the Maryland Bar, admitted in 2011.

Ms. Daeubler is an attorney with the Department of Justice, Office of Immigration Litigation, an agency of the federal government, and is a member in good standing of the Pennsylvania and New Jersey Bars, admitted to each in 2006.

The following contact information is provided to the Court:

> Danielle K. Schuessler
> Trial Attorney
> United States Department of Justice
> Office of Immigration Litigation|District Court Section
> P.O. Box 868, Ben Franklin Station
> Washington, D.C. 20044
> T: (202) 305-9698
> danielle.k.schuessler@usdoj.gov
>
> Kirsten L. Daeubler
> Trial Attorney
> United States Department of Justice
> Civil Division
> Office of Immigration Litigation/District Court Section
> P.O. Box 868, Ben Franklin Station
> Washington, DC 20044
> T: 202.616.4458
> Kirsten.Daeubler@usdoj.gov

Accordingly, the United States respectfully requests that an order be issued allowing Danielle K. Schuessler and Kirsten L. Daeubler to practice before this honorable Court.

///

///

///

///

///

2

Dated: January 20, 2015

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Roger W. Wenthe*
ROGER W. WENTHE
Assistant United States Attorney

Attorneys for the United States

## ORDER

It is so ordered.

DATED: January 21, 2015

_____
United States Magistrate Judge

3

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on the party shown, by the method shown, on the date shown.

<u>CM/ECF</u>

Dan M. Winder, Esq.
3507 W. Charleston Blvd.
Las Vegas, NV  89102

Dated:  January 20, 2015

                            /s/ Roger Wenthe
                            Roger W. Wenthe
                            Assistant United States Attorney