LAW OFFICE OF DAN M WINDER PC
DAN M. WINDER, ESQ.
Nevada Bar No. 001569
ARNOLD WEINSTOCK, ESQ.
Nevada Bar No. 00810
SCOTT C. DORMAN, ESQ.
Nevada Bar No. 13108
MATTHEW J. PEIRCE, ESQ.
Nevada Bar No. 006449
3507 W. Charleston Blvd.
Las Vegas, Nevada 89102
Tele: (702) 878-6000
Fax: (702) 474-0631
E-Mail: winderdanatty@aol.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAZVAN MARCU,<br><br>    Defendant. | Case No.: 2:14-cv-00159 |

**DEFENDANT'S UNOPPOSED EMERGENCY MOTION TO EXTEND TIME TO FILE**
<u>**RESPONSE TO PLAINTIFF'S MOTION'S FOR SUMMARY JUDGMENT #'s 57-61**</u>
First Request for Extension of Time

PLAINTIFF has filed an extensive 33 page Motion for Summary Judgment accompanied by hundreds of pages of exhibits which requires an extensive legal and factual response. Although the brief exceeds the page requirement of Local Rule 7-4 Plaintiff did not seek an Order to exceed the page limitation imposed by LR 7-4 or contain the Table of Contents and

table of Points and Authorities required by the rule. Although Counsel for Plaintiff has been diligently working on this response, Counsel does not believe a full and complete response can be completed by the deadline of 11/13 2015.

Plaintiff's counsel indicated the Plaintiff will not oppose a motion requesting an extension until the 19th of November, 2015.

Accordingly, Plaintiff requests this court extend time for filing the response to the Motions for Summary Judgment filed by the Plaintiff until the 19th of November, 2015.

DATED this 10th day of Nov., 2015.

LAW OFFICE OF DAN M. WINDER PC

DAN M. WINDER, ESQ.
Nevada Bar No. 001569
ARNOLD WEINSTOCK, ESQ.
Nevada Bar No. 00810
SCOTT C. DORMAN, ESQ.
Nevada Bar No. 13108
MATTHEW J. PEIRCE, ESQ.
Nevada Bar No. 006449
3507 W. Charleston Blvd.
Las Vegas, Nevada 89102
Tele: (702) 878-6000
Fax: (702) 474-0631
E-Mail: winderdanatty@aol.com
Attorney for Defendant

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 16th day of November, 2015.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of January, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents are being served this day on all parties as listed on the Notice of Electronic filing.

These documents are available for viewing and downloading from the ECF system.

| | |
|---|---|
| Joyce R. Branda | Daniel G. Bogden |
| Acting Assistant Attorney General | United States Attorney |
| William C. Peachey | District Of Nevada |
| Director | Roger W. Wenthe |
| Danielle K. Schuessler | Assistant United States Attorney |
| Trial Attorney | Nevada Bar No. 008920 |
| Kirsten L. Daeubler | United States Attorney's Office |
| Trial Attorney | 333 Las Vegas Boulevard South, Suite 5000 |
| United States Department Of Justice | Las Vegas, Nevada 89101 |
| Civil Division | Tele.: 702-388-6336 |
| Office Of Immigration Litigation | Fax: 702-388-6787 |
| District Court Section | Email: roger.wenthe(@usdoj.gov |
| P.O. Box 868, Ben Franklin Station | Attorneys for the United States |
| Washington, Dc 20044 | |
| Tele.: (202) 305-9698 (D. Schuessler) | |
| Tele.: (202) 616-4458 (K. Daeubler) | |
| Fax: (202) 305-7000 | |
| Email: danielle.k.schuessler@usdoj.gov | |
| kirsten.daeubler@usdoj.gov | |
| Attorneys for the United States | |

               /s/   Hamilton D Moore
            Service minion for the Law Office of Dan M. Winder PC