CHAD A. READLER
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
TIMOTHY M. BELSAN
Deputy Chief
National Security & Affirmative Litigation Unit
DANIELLE K. SCHUESSLER
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-9698
E-mail: danielle.k.schuessler@usdoj.gov

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CASE NO. 14-cv-00159-RFB-CWH |
| RAZVAN MARCU, | |
| Defendant. | |

## (~~PROPOSED~~) FINAL CORRECTED JUDGMENT

Pursuant to the Court's Order granting Plaintiff's Motion for Summary Judgment (ECF Nos. 73 and 74) and Plaintiff's Motion to Correct Order and Judgment under Federal Rule of Civil Procedure 60(a), the Court hereby enters the Final Corrected Judgment and **ORDERS** as follows:

1. Defendant Razvan Marcu illegally procured his February 20, 2009 naturalization.

  2. Mr. Marcu procured his naturalization by willful misrepresentation and concealment of material facts.

  3. Mr. Marcu's February 20, 2009 naturalization is revoked, and the Certificate of Naturalization No. 32172318 issued to Mr. Marcu is canceled.  Mr. Marcu is no longer a naturalized United States citizen.

  4. Mr. Marcu is forever precluded from claiming or exercising any rights, privileges, or advantages of United States citizenship based on his February 20, 2009 naturalization.

  5. Mr. Marcu is forever precluded from claiming or exercising any rights, privileges, or advantages of United States citizenship under any document that evidences United States citizenship based on his February 20, 2009 naturalization.

  6. Mr. Marcu must immediately surrender and deliver within ten (10) days of the entry of this corrected judgment his original Certificate of Naturalization No. 32172318, any United States passport issued to him, and any other indicia of United States citizenship (*e.g.* voter registration cards), including any copies thereof, in his possession or control to undersigned counsel for Plaintiff.  Mr. Marcu shall immediately make good faith efforts to recover and then surrender any of the above-described items that he knows are in the possession of others to undersigned counsel for Plaintiff.

  7. Mr. Marcu must appear for a compliance hearing 21 days from the date of this Judgment, to demonstrate that he has complied with the Judgment, unless the Government provides notice to the Court prior to the hearing date that Mr. Marcu has fully cooperated.

  IT IS FURTHER ORDERED that Compliance hearing is set for August 16, 2017 at 4:00 PM in LV Courtroom 7D.

DATED this 26th day of July, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE